# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4834
_____

L. G., father of A. G. and G. G.,
Minor Children,

     Appellant,

     v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellee.

_____


On appeal from the Circuit Court for Gilchrist County.
Monica J. Brasington, Judge.

June 22, 2018


PER CURIAM.

     AFFIRMED.

WOLF, LEWIS, and RAY, JJ., concur.


_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

L.G., pro se, Appellant.

Ward L. Metzger, Appellate Counsel, Jacksonville, for Appellee Department of Children and Families.

Rocco J. Carbone, III, of Law Office of Rocco J. Carbone, III, PLLC, St. Augustine; Thomasina F. Moore, Statewide Director of Appeals, and Sara E. Goldfarb, Appellate Counsel, Sanford, for Guardian ad Litem.